KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ONASSIS COWAN,<br><br>    Defendant. | No. CR 06-0581 PJH<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of defendant Onassis Cowan, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 20, 2006, to October 4, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 20, 2006, to October 4, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

1 | 3. Accordingly, and with the consent of the defendant, at the hearing on September 20,
2006, the Court ordered that the period from September 20, 2006, to October 4, 2006, be
excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: October 16, 2006   _____/s/_____
ROBERT COWAN
Attorney for Defendant

DATED: September 21, 2006   _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 10/25/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2