# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES OF AMERICA )
)
vs. )            **Docket Number: CR 06-00581-1 PJH**
)
**Onassis Cowan** )
)

---

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ January 10, 2007 _____ be continued until _____ March 28, 2007 _____ at _____ 2:30 p.m. _____.

Date: 1/3/07

Phyllis J. Hamilton
United States District Judge